IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01033-MJW

PDC ENERGY, INC.,

Plaintiff,

v.

DCP MIDSTREAM, LP,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that plaintiff's Unopposed Motion for Extension of Time to File Response to Motion to Compel Arbitration and Stay Proceedings (Docket No. 19) is GRANTED.  Plaintiff shall have up to and including June 2, 2014 to file a response to defendant's Motion to Compel Arbitration and Stay Proceedings (Docket No. 15).

It is FURTHER ORDERED that the Unopposed Joint Motion for Extension of Time to File Responses to Motion to Intervene (Docket No. 20) is GRANTED.  Plaintiff and defendant shall have up to and including June 2, 2014 to file responses to Buddy Baker's Motion to Intervene (Docket No. 16).

It is FURTHER ORDERED that defendant's Motion to Dismiss and For a More Definite Statement (Docket No. 17) is DENIED AS MOOT as the motion is now directed to an inoperative, superceded pleading.  See, e.g., Gilles v. United States, 906 F.2d 1386, 1389 (10th Cir. 1990) (stating that "a pleading that has been amended under Rule 15(a) supersedes the pleading it modifies") (internal quotation marks omitted).

Date: May 9, 2014