IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01033-MJW

PDC ENERGY, INC.,

Plaintiff,

v.

DCP MIDSTREAM, LP,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that plaintiff's Unopposed Motion to Replace Exhibit A to the First Amended Complaint (Docket No. 22) is GRANTED.  Exhibit A attached to the subject motion (Docket No. 22-1) shall replace Exhibit A attached to the First Amended Complaint (Docket No. 18-1).

Date: May 21, 2014