IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01033-MJW

PDC ENERGY, INC.,

Plaintiff,

v.

DCP MIDSTREAM, LP,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Defendant's Unopposed Motion to Withdraw Motion to Compel Arbitration and Stay Proceedings (Docket No. 24) is GRANTED. Defendant's Motion to Compel Arbitration and Stay Proceedings (Docket No. 15) is withdrawn without prejudice.

Date: May 28, 2014